# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| CHRISTOPHER A. WOODS | | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:20-cv-00074-HRH |
| | ) | |
| ALASKA STATE EMPLOYEES | ) | |
| ASSOCATION/AFSCME LOCAL 52, AFL-CIO | ) | |
| (ASEA), et al. | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT plaintiff's complaint against defendants, Alaska State Employees Association/AFSCME Local 52, AFL-CIO (ASEA) and Kelly Tshibaka, is dismissed with prejudice.

APPROVED:

**s/H. Russel Holland**
H. Russel Holland
United States District Judge

Date: November 2, 2020

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Brian D. Karth**
Brian D. Karth
Clerk of Court