|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 11 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CHRISTOPHER A. WOODS, on behalf of himself and the class he seeks to represent,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>ALASKA STATE EMPLOYEES ASSOCIATION/AFSCME LOCAL 52; KELLY TSHIBAKA, Commissioner of Administration for the State of Alaska,<br><br>Defendants-Appellees. | No.   20-35954<br><br>D.C. No. 3:20-cv-00074-HRH<br>District of Alaska, Anchorage<br><br>ORDER |

Before: SCHROEDER, TASHIMA, and HURWITZ, Circuit Judges.

Appellant's unopposed motion for summary affirmance (Docket Entry No. 15) is granted.

**AFFIRMED.**